PROB 12
(02/05-D/CO)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

U. S. A. vs. JOSE ISMAEL RIOS-MURILLO     Docket Number : 09-cr-00001-REB-01

**Petition for Violation of Conditions While on Supervised Release**

      COMES NOW, Andrea L. Bell, probation officer of the court, presenting an official report upon the conduct and attitude of Jose Ismael Rios-Murillo, who was placed on supervision by the Honorable Raner C. Collins sitting in the court at Tucson, Arizona, on the 1st day of May 2002, who fixed the period of supervision at three (3) years, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1.    If deported, you shall not re-enter the United States without legal authorization.

**On January 2, 2009, jurisdiction was transferred from the District of Arizona, Docket No. 01-CR-01538-001-TUC-RCC(CRP) to the District of Colorado, and was assigned to Robert E. Blackburn, under Docket No. 09-cr-00001-REB-01.**

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

See attachment hereto and herein incorporated by reference.

PRAYING THAT THE COURT WILL ORDER that the supervised release violation in Docket No. 09-cr-00001-REB-01 and the pending sentencing in Docket No. 08-cr-00349-REB-01 be scheduled for a consolidated hearing on April 3, 2009, at 1:30 p.m.

    ORDER OF THE COURT

| | |
|---|---|
| Considered and ordered this 3rd day of February 2009, and ordered filed and made a part of the record in the above case. | I declare under penalty of perjury that the foregoing is true and correct. |
| | s/Andrea L. Bell |
| | Andrea L. Bell |
| | U.S. Probation Officer |
| **s/ Robert E. Blackburn** | |
| Robert E. Blackburn | Place: Denver, Colorado |
| U.S. District Judge | Date: January 28, 2009 |

# ATTACHMENT

On May 1, 2002, the defendant was sentenced in the U.S. District Court, Tucson, Arizona, following his conviction of Illegal Re-Entry after Deportation, in violation of 8 U.S.C. § 1326(a) and (b)(2). A sentence of sixty-three (63) months imprisonment and three (3) years supervised release was imposed with a special condition prohibiting the defendant from illegally re-entering the United States.

On May 1, 2002, the special conditions of supervised release were read to the defendant while in open court, at the time of sentencing.

The defendant was released to his three (3) year term of supervised release on June 27, 2006. He was deported on June 28, 2006.

The defendant has committed the following violations of supervised release:

1) **VIOLATION OF LAW:**

    On or about July 28, 2008, the defendant committed the offense of Illegal Re-entry After Deportation, a Class C felony, in violation of 8 U.S.C. § 1326(a) and (b)(2), which constitutes a Grade B violation of supervised release:

    This charge is based on the following facts, taken from the plea agreement in U.S. District Court, District of Colorado, Docket No. 08-cr-00349-REB-01.

    "The defendant was born in the Republic of Mexico, and is an alien and citizen of Mexico. As alleged in the indictment, on or about June 28, 2006, the defendant was deported to Mexico. Before this deportation, on May 17, 1990, the defendant was convicted in Montclair, California, of attempted murder, a felony. He was convicted in January 11, 1993, in Los Angeles County, California, Superior Court case KA015331, assault with a firearm. On April 9, 1999, he was convicted of receiving stolen property, a felony, in the Superior Court of Los Angeles County, California, case number KA04364003, of felony receiving stolen property. On October 1, 2001, he was convicted in the U.S. District Court for the District of Arizona, case 01-cr-1538, of illegal re-entry following convictions for aggravated felonies.

    "On or about July 28, 2008, the defendant was found in the United States, in Logan County, Colorado, in the State and District of Colorado, after his arrest on March 31, 2008, on local charges.

    "A check on the records of ICE reflects that following the deportation alleged in the Indictment, the defendant never applied for, nor did he receive, the consent of the Attorney General of the United States or the Director of the Department of Homeland Security to return to the United States legally."

    On January 16, 2009, the defendant appeared in U.S. District Court, Denver, Colorado, and pleaded guilty to the above offense as charged. Sentencing is scheduled before Your Honor on April 3, 2009, at 1:30 p.m.

2) **VIOLATION OF LAW:**

On or about March 31, 2008, the defendant committed the offense of Driving While Ability Impaired, a misdemeanor, in violation of C.R.S. § 42-4-1301(1)(b), which constitutes a Grade C violation of supervised release:

This charge is based on the following:

On March 31, 2008, the defendant was charged with Driving Under the Influence, DUI Per Se, and Speeding 10-19 Over Limit. On June 23, 2008, the defendant pleaded guilty to Driving While Ability Impaired, in Logan County Court, Sterling, Colorado, Docket No. 2008-T-000174. The defendant was sentenced on July 28, 2008, to two years probation, 24 hours community service, Level II education and therapy, random urine and breath testing, and $738.00 in court costs.

The defendant was taken into custody by Immigration and Customs Enforcement on July 28, 2008.

Court records reveal a Complaint to Revoke Probation was filed on November 25, 2008, and a warrant was issued by the Court on December 17, 2008, which remains active.

3) **IF DEPORTED, THE DEFENDANT SHALL NOT ILLEGALLY RE-ENTER THE UNITED STATES:**

On or about July 28, 2008, the defendant committed a violation of supervised release by being found in the United States without the consent of the Attorney General of the United States, which constitutes a Grade C violation of supervised release:

This charge is based on the following:

The defendant was originally sentenced in the District of Arizona on May 1, 2002, following his conviction for Illegal Re-Entry after Deportation, in violation of 8 U.S.C. § 1326(a) and (b)(2). A sentence of sixty-three (63) months imprisonment and three (3) years supervised release was imposed with a special condition prohibiting the defendant from illegally re-entering the United States.

The defendant completed his term of imprisonment on June 27, 2006, and was released to immigration authorities. His supervised release was activated on that date. He was deported to Mexico on June 28, 2006.

On March 31, 2008, the defendant was arrested in Logan County, Colorado, which forms the basis for Supervised Release Violation No. 2. The defendant was taken into custody by Immigration and Customs Enforcement on July 28, 2008, and charged with a new federal law violation, alleged above as Supervised Release Violation No. 1.